# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 98-41346

D.C. Docket No. B-97-CV-259

U.S. COURT OF APPEALS
FILED
APR 12 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JUN 07 2001
Michael N. Milby
Clerk of Court

JUAN RODRIGUEZ CERNA

    Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration Naturalization Service; JOHN ASHCROFT, US Attorney General

    Respondents - Appellants

Appeals from the United States District Court for the Southern District of Texas, Brownsville.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE:  JUN 05 2001

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By /s/ _____
    Deputy

New Orleans, Louisiana

JUN 05 2001

14

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

June 5, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

> 98-41346
No. 98-41336 Lerma-De Garcia v. Trominski
USDC No. B-97-CV-150
B-97-CV-259

United States District Court
Southern District of Texas
RECEIVED
JUN 07 2001
Michael N. Milby, Clerk of Court

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
John Alwert, Deputy Clerk
504-589-6514 ITCM # 213

cc: (letter only)
    Honorable Hilda G Tagle
    Ms Lisa S Brodyaga
    Ms Jayashri Srikanitah
    Mr Papu Sandhu

MDT-1