

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN RODRIGUEZ CERNA, ) | CA No. B-97-259 |
| v. ) | |
| E.M. TROMINSKI, et al ) | |
| _____) | |

PETITIONER'S ADVISAL THAT HE CONCURS THAT THE INSTANT CASE
SHOULD BE DISMISSED, IF AT ALL, WITHOUT PREJUDICE.

Comes Petitioner, by and through the undersigned, and respectfully advises this Honorable Court of the decision of the United States Supreme Court in *St. Cyr v. INS*, No. 00-767, 2001 WL 703922 (June 25, 2001). Said decision was issued after that of the Fifth Circuit herein, and supercedes the decision of that Court. *St. Cyr* held that a lawful permanent resident who, prior to the enactment of the Antiterrorism and Effective Death Penalty Act, (AEDPA), pleaded guilty to an offense covered by §440(d) of AEDPA, remains eligible for §212(c) relief.

The Petitioner in *Curiel-Sanchez v. Trominski*, No. 00-41239 (5th Cir.), has also sent in a Rule 28(j) letter to the Court regarding the *St. Cyr* decision, and it is anticipated that said case will be resolved in the not-too-distant future.

Petitioner would therefore advise this Court that he concurs that any dismissal should be without prejudice, so that if he is unsuccessful before the BIA, he may reinstate the instant action before this Court, and assert his rights under *St. Cyr, supra*.

---

In fact, the ruling is broader than that, and would cover those such as the Petitioner herein who pleaded guilty prior to the enactment of IIRIRA, on September 30, 1996.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78587
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID: 1179
Texas State Bar: 03052800

CERTIFICATE OF SERVICE

I certify that copy of the foregoing was mailed to Lisa Putnam, SAUSA, Box 1711, Harlingen, Texas 78551, this 2nd day of July, 2001.



2