IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG - 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN MIGUEL RODRIGUEZ-CERNA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-97-259 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, ) | |
| ) | |
| Respondent. ) | |

## UNOPPOSED MOTION TO CANCEL THE HEARING SCHEDULED FOR SEPTEMBER 11, 2001, AND ENTER AN ORDER DISMISSING THE MATTER WITHOUT PREJUDICE

COMES NOW, Respondent, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby moves the District Court to cancel the hearing set for September 11, 2001, and enter an order without a hearing on the matter.

On April 12, 2001, the Fifth Circuit Court of Appeals remanded this case to the District Court to "consider whether its order of dismissal should be with or without prejudice." Before the Fifth Circuit Court of Appeals, the Government had requested that the matter be dismissed without prejudice. The Petitioner now concurs that this matter should be dismissed without prejudice. See Petitioner's Advisal That He Concurs That the Instant Case Should Be Dismissed, If At All, Without Prejudice, filed on or about July 2, 2001.

On July 26, 2001, the Honorable Felix Recio signed an order scheduling this matter for a hearing on September 11, 2001, at 2:00 p.m. "to determine whether there exists evidence to show ineffective assistance of counsel." Ineffective assistance of counsel has never been an issue in

this case. Furthermore, since the parties agree that this matter should be dismissed without prejudice, the parties feel that there is no need for the hearing scheduled for September 11, 2001.

Therefore, the Respondent respectfully requests that the hearing scheduled for September 11, 2001, be cancelled and that the District Court enter an order dismissing this matter without prejudice.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

GREGORY A. SERRES
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: August 7, 2001

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Unopposed Motion to Cancel the Hearing Scheduled for September 11, 2001, and Enter an Order Dismissing the Matter Without Prejudice Remand was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

Lisa S. Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX  78586

on this the __7th__ day of ___August___, 2001.

Lisa M. Putnam
Special Assistant U.S. Attorney