19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN MIGUEL RODRIGUEZ-CERNA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-97-259 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of Respondent's Unopposed Motion to Cancel the Hearing Scheduled for September 11, 2001, and Enter an Order Dismissing the Matter Without Prejudice, the Court finds that the Motion should be granted.

IT IS ORDERED that the hearing scheduled for September 11, 2001, is hereby CANCELLED.

Further, IT IS ORDERED that this matter be dismissed without prejudice.

This is a final order.

Done this ____4____ day of ____August____, 2001, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE